# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | MALCOLM & MAELENA DEL RIO GILES |
| **Case Number:** | 2:09-BK-12574-RTB     **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 02, 2009 02:30 PM    7TH FLOOR #703 |
| **Hearing Officer:** | JIM SAMUELSON |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANKUNITED, FSB .

**R / M #:** 22 / 0

### Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR BANKUNITED

### Proceedings:

Mr. McDonald asked for the court to take this matter under advisement. He states that the debtors were properly noticed and have failed to appear.

THIS MATTER IS CONTINUED TO SEPTEMBER 30, 2009 AT 2:30 P.M. THE DEBTORS ARE DIRECTED TO APPEAR AT THE NEXT HEARING.

Copies of the foregoing mailed/emailed 9/3/09 to:

**MALCOLM & MAELENA GILES**
11645 E WINCHCOMB DR
SCOTTSDALE, AZ 85255

By Wanda Garberick
   Deputy Clerk