# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | MALCOLM & MAELENA DEL RIO GILES |
| **Case Number:** | 2:09-BK-12574-RTB   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANKUNITED, FSB .

**R / M #:** 22 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR BANKUNITED
MALCOLM GILES, APPEARS PRO SE
A. NEWDELMAN, ATTORNEY FOR MALCOLM GILES

## *Proceedings:*

MR. MCDONALD REPORTS THAT A DISCHARGE HAS BEEN ENTERED.

THE COURT EXPLAINS THAT THE DISCHARGE TERMINATES THE STAY.

MR. NEWDELMAN ADVISES THAT HIS OFFICE WILL REPRESENT MR. GILES FOR THE FILING OF A CHAPTER 13.

THE COURT: STAY RELIEF IS GRANTED. THE COURT WILL SIGN AN ORDER.